UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

------------------------------------------------------
:
CARDOW, INC.,                                          :
                                                       :    Civil Action No. 3:09-cv-0068
            Plaintiff,                                 :
      v.                                               :
                                                       :
JOE R. TANORY, JR,                                     :
                                                       :
            Defendant.                                 :
------------------------------------------------------

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Plaintiff Cardow, Inc., through its attorney undersigned, hereby voluntarily dismisses the above-referenced action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Dated: August 6, 2009

Respectfully submitted,

s/Terri Griffiths
Terri L. Griffiths
70 C Lindbergh Bay, Suite 134
St. Thomas, VI 00802
Tel. 340.777.1510
e-mail: Terri@Griffiths-Law.com

*Attorney for Plaintiff*
*Cardow, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 6th day of August 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing through NEF to the following:

Matthew J. Duensing, Esq.
James Bernier Jr., Esq.
STRYKER, DUENSING, CASNER & DOLLISON
5126 Upper Drake's Passage, Ste. 202
P.O. Box 6785
St. Thomas, VI 00804


            By: <u>s/ Terri Griffiths</u>